■ MARCY EXCAVATION COMPANY, INC., Appellant, v CITY OF AUBURN, Respondent. [610 NYS2d 901] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly denied plaintiff's motion for an order directing defendant to release sums allegedly due under the parties' contract. Plaintiff failed to establish its entitlement to the retainage under either General Municipal Law § 106-b (1) or the contract. (Appeal from Order of Supreme Court, Cayuga County, Corning, J.—Breach of Contract.) Present—Callahan, J. P., Green, Doerr and Boehm, JJ.